NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES S. CAUSEY,                     )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D18-4694
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

        Affirmed.  See Causey v. State, 110 So. 3d 448 (Fla. 2d DCA 2012) (table

decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Edwards v. State, 765

So. 2d 222 (Fla. 2d DCA 2000); Teart v. State, 866 So. 2d 145 (Fla. 1st DCA 2004);

Sherwood v. State, 745 So. 2d 378 (Fla. 4th DCA 1999).


SILBERMAN, BLACK, and SMITH,JJ., Concur.